En el Tribunal Supremo de Puerto Rico

| Eudaldo Báez Galib<br>    Peticionario<br><br>    V.<br><br>Hon. Pedro Rosselló González<br>Hon. Norma Burgos<br>Hon. Ricardo Román<br>    Demandados | Mandamus<br><br>99TSPR10 |

Número del Caso: MD-99-1

Abogado de la Parte Peticionaria: Por Derecho Propio

Abogado de la Secretaria de Estado
Hon. Norma Burgos y del Sub-Secretario
Lcdo. Ricardo Román:        Lcdo. José L. Vargas Nuñez

Fecha: 1ro. de Febrero de 1999

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO


Eudaldo Báez Galib

    Peticionario


       vs.                      MD-99-1


Hon. Pedro Rosselló González,
Hon. Norma Burgos y
Hon. Ricardo Román

    Demandados


## RESOLUCION


San Juan, Puerto Rico, a 1ro. de febrero de 1999.


El Tribunal se da por enterado de la moción informativa presentada por la Secretaria de Estado en el caso de epígrafe.

Lo pronunció, manda el Tribunal y certifica la Secretaria del Tribunal Supremo. El Juez Asociado señor Fuster Berlingeri emitió un voto disidente por separado. El Juez Presidente señor Andréu García no intervino.


                   Isabel Llompart Zeno
            Secretaria del Tribunal Supremo

EN EL TRIBUNAL SUPREMO DE PUERTO RICO


Eudaldo Báez Galib

    Peticionario


      vs.               MD-99-1

Hon. Pedro Rosselló González,
Hon. Norma Burgos y Hon. Ricardo
Román

    Demandados


Voto Disidente del Juez Asociado señor FUSTER BERLINGERI.


San Juan, Puerto Rico, a 1ro. de febrero de 1999.


El 22 de enero de 1999, mediante opinión y sentencia, le ordenamos a la Secretaria de Estado que corrigiese su previa actuación **ilícita** en cuanto al asunto que aquí nos concierne, y que publicase fielmente los resultados del Plebiscito, conforme fueron certificados por el Presidente de la Comisión Estatal de Elecciones.

El 27 de enero de este año, la Secretaria de Estado compareció ante nos mediante una moción informativa, para indicarnos que "había cumplido" con nuestra orden. Nos acompaño copia de los cuatro (4) anuncios que a tal fin publicó en periódicos del país.

Hoy, una mayoría del Tribunal, se apresura a aceptar que se cumplió nuestra orden debidamente, al emitir una Resolución mediante la cual esa mayoría se da por enterada de la moción informativa de la Secretaria de Estado.

Debo disentir de este proceder de la mayoría. Me parece evidente que la Secretaria de Estado no acató nuestra orden de buena fe. "Cumplió" con nuestra orden de un modo tan **exiguo** que raya en el incumplimiento y en el desacato. Los anuncios que publicó la Secretaria de Estado fueron tan pequeños, y ubicados de modo tan poco prominente, que seguramente casi nadie los vio. Ninguno de los Jueces de este Tribunal se había dado cuenta de que se habían publicado los anuncios referidos, a pesar de haber leído los periódicos en que aparecieron.

Debe resaltarse, además, que los minúsculos anuncios publicados por la Secretaria de Estado para "cumplir" pro forma  con nuestra orden, no sólo fueron relegados a las páginas intrascendentes de los periódicos, sino que, además, carecían del <u>sello</u> del Departamento de Estado y de la firma de la Secretaria de Estado. <u>Carecían de oficialidad</u>.

Ciertamente, los nuevos anuncios no guardan ninguna similaridad con los anuncios anteriores en los cuales el Secretario de Estado interino informó impropiamente los

resultados del Plebiscito, que sí fueron publicados de la manera más visible, prominente y oficial posible. Como los nuevos anuncios ordenados por este Tribunal iban dirigidos precisamente a corregir los anteriores, tenían que ser publicados con la misma visibilidad, prominencia y oficialidad que aquellos. Ello no se hizo aquí.

Es evidente, pues, que la Secretaria de Estado no ha dado cumplimiento **sustancial** a nuestra orden. Su actuación constituye realmente un cumplimiento escarnioso e insuficiente de nuestro dictamen; y una burla a la autoridad de este Tribunal, que no le hubiéramos permitido a ninguna persona ordinaria.

En estos tiempos aciagos, cuando muchos en posiciones de poder se dedican constantemente a denigrar la Rama Judicial, este Foro debe estar particularmente vigilante contra cualquier intento solapado de no acatar nuestras decisiones y de faltarle el respeto a la autoridad de los tribunales. Es por ello que debo denunciar la falta de cumplimiento sustancial de la Secretaria de Estado con nuestra orden del 22 de enero de 1999, y disentir del proceder de la mayoría al aceptar tácitamente que nuestra orden fue cumplida.

JAIME B FUSTER BERLINGERI

JUEZ ASOCIADO